AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Alexandra Reina, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-03651 |
| Spectrum of Creations, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:   08/12/2014

*(signature)*
*Attorney's signature*

Joanne Albertsen, Bar No. 6439
*Printed name and bar number*

Pelton & Associates, P.C.
111 Broadway, Suite 1503
New York, NY 10006
*Address*

albertsen@peltonlaw.com
*E-mail address*

(212) 385-9700
*Telephone number*

(212) 385-0800
*FAX number*